BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHRI GURU RAVIDASS SABHA SACRAMENTO, | Case No.: 2:15-cv-2408 JAM KJN |
| Plaintiff, | **Joint Stipulation and Order Extending Time to File Answer** |
| v. | |
| LORETTA LYNCH, et. al, | |
| Defendants. | |

This is an immigration case in which Plaintiff challenges the revocation of an I-360 visa petition. Since the filing of the lawsuit, the matter has been reopened at the administrative level, and is in the process of being re-adjudicated. Accordingly, the parties stipulate to a 90-day extension of time for the filing of the Defendants' answer or other dispositive motion.

Dated: February 1, 2016                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

1

/s/ Wahida Noorzad
WAHIDA NOORZAD
Counsel for Plaintiff

ORDER

The time to file an answer or other dispositive pleading is extended to May 2, 2016.

DATED: 2/1/2016

/s/ John A. Mendez
Hon. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE